# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JAMES POINT,
    Plaintiff,

V.

UNITED STATES POSTAL SERVICE, KELVIN HILL, and DOES 1-10, Inclusive,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: ADR

C07-06398

TO: (Name and address of defendant)

KELVIN HILL
244 Joann Court
Vallejo, California 94589

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory P. Brock
York & Brock, APC
918 Parker Street, Suite A21
Berkeley, CA 94710
(510)841-1171

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE_____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE  12/18/07 |
| Name of SERVER  Gregory Brock | | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: Noble Hughes, Paralegal, United States Attorneys Office
1301 Clay St., Ste. 3405
Oakland, CA  94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed copies on 12/19/07 to Attorney General,
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/19/07
                Date

*Signature of Server*
918 Parker St., A-21
Berkeley, CA  94710
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure