JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES POINT, | No. C 07-6398 JL |
|     Plaintiff, | **DEFENDANTS' REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE FOR TRIAL AND DISPOSITION** |
|     v. | |
| UNITED STATES POSTAL SERVICE, KELVIN HILL, and DOES 1-10, inclusive, | |
|     Defendants. | |

Federal defendants by and through its undersigned counsel, specially appear[1] and hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

DATED:  March 13, 2008        Respectfully submitted,

                     JOSEPH P. RUSSONIELLO
                     United States Attorney

        By:           /s/
             JENNIFER S WANG
             Assistant United States Attorney

---

[1] Defendants do not waive their rights to assert any jurisdictional issues related to this case.