Gregory Brock, Esq.
YORK & BROCK
918 Parker Street, 2d Floor
Berkeley, CA 94710
510/841-1171

Attorney for Plaintiff JAMES POINT

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES POINT,
        Plaintiff,
vs.
UNITED STATES POSTAL SERVICE, et al.,
        Defendant(s).

Case No.: C07-06398 ADR JL

**PROOF OF SERVICE**

I, Kathy Nelson, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.
I delivered a copy of the **Summons & Complaint, Notice of Assignment of Case to a US Magistrate Judge for Trial; Order Setting Initial Case Management Conference and ADR Deadlines, ECF Registration Information Hanfout** to:

**PARTY SERVED:** KELVIN HILL

**ADDRESS:** US Postal Service
1300 Evans Street
San Francisco, CA 94124

**DATE/TIME:** March 5, 2008 1:03 PM

**MANNER OF SERVICE:** ☒ Substituted Service

by delivery to TERRY "DOE", Personnel Manager an woman who refused to state her last name, described as Filipina, F, brown hair, brown eyes, 5'3", 140 lbs., 50 years old. A copy was mailed to the defendant at that address on March 6, 2008 from San Francisco, CA.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on March 6, 2008 at San Francisco, California.

*Attorney Service of San Francisco*
*4104 – 24th St., #393*
*San Francisco, Ca 94114*
*415/495-4221*

Kathy Nelson     RPS: San Mateo #399

**PROOF OF SERVICE**