Gregory Brock, Esq. (SBN 181903)
York & Brock
A Law Corporation
918 Parker Avenue
Berkeley, CA 94710
510/841-1171

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES POINT,
    Plaintiff,
vs.
UNITED STATES POSTAL SERVICE, et al.,
    Defendant(s).

Case No.: C07-06398 ADR JL

## DECLARATION RE DILIGENCE

I, Kathy Nelson, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entities:

**KELVIN HILL**

I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the state of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I attempted personal service on the following dates and times with the following results:

| **Residence Address:** | **Dates and Times** | **Result** |
|---|---|---|
| 244 Joann Ct.<br>Vallejo, CA 94589 | January 12, 2008 @ 6:55 PM | No such number |
| 144 Joann Ct.<br>Vallejo, CA 94589 | January 29, 2008 @ 6:47 PM | Per deft's brother, the Deft does not live there or receive mail there |
| **Business Address:**<br>US Postal Service<br>1300 Evans Street<br>San Francisco, CA 94124 | February 26, 2008 @ 6:30 AM<br>February 27, 2008 @ 6:08 PM<br>March 4, 2008 @ 2:10 PM<br>March 5, 2008 @ 1:03 PM | Deft not in, despite arrangement<br>Not in, per clerk<br>Personnel ofc not open today<br>Not in, sub served |

This declaration is made based upon business records maintained in the normal course of business.
I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on March 6, 2008 at San Francisco, California.

*Attorney Service of San Francisco*
*4104 – 24th St., #393*
*San Francisco, California 94114*
*415/495-4221*

_____
Kathy Nelson    RPS: San Mateo #399

## DECLARATION RE DILIGENCE