1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney
4
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
6 | Facsimile: (415) 436-6748
Email: jennifer.s.wang@usdoj.gov
7
Attorneys for the Federal Defendants
8

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | JAMES POINT,                          ) No. C 07-6398 JSW
14 |     Plaintiff,                        ) STIPULATION AND [PROPOSED]
                                           ) ORDER REGARDING AMENDED
15 |     v.                                ) COMPLAINT
                                           )
16 | UNITED STATES POSTAL SERVICE,         )
     KELVIN HILL, and DOES 1-10, inclusive,)
17 |                                       )
     Defendants.                           )
18 | _____

19 | **STIPULATION**

20 | 1. On or about December 18, 2007, plaintiff James Point filed a Federal Tort Claims Act

21 | ("FTCA") complaint against the United States Postal Service ("USPS") and Kelvin Hill.

22 | 2. The parties hereby stipulate and agree to the filing of an amended complaint to substitute

23 | the United States for the USPS and Mr. Hill as the defendant in this FTCA action. Plaintiff shall

24 | file an amended complaint substituting the United States for the USPS and Mr. Hill by April 9,

25 | 2008.

26 | 3. The parties further stipulate and agree that the United States' response to the amended

27 | complaint shall be due 60 days after plaintiff files his amended complaint.

28 | 4. The undersigned counsel for the federal defendants agrees to accept service of the
amended complaint for the United States.

5. The United States agrees that it will not assert any defense to the amended complaint based on the absence of the USPS or Mr. Hill as parties to plaintiff's FTCA action.

IT IS SO STIPULATED.

DATED: March 24, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JENNIFER S. WANG
Assistant United States Attorney

DATED: March 25, 2008

GREGORY P. BROCK
YORK & BROCK
Attorney for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIP. AND [PROPOSED] ORDER RE: AMENDED COMPL.
C07-6398 JSW