Gregory P. Brock, Cal. Bar #181903
A Member of York & Brock
A Law Corporation
918 Parker Street, Suite A21
Berkeley, California 94710
Email:gbrock@jyorklaw.com
Telephone:  (510) 841-1171
Facsimile:  (510) 841-1666

Attorneys for Plaintiff
JAMES POINT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES POINT,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, Inclusive,<br><br>      Defendants | Case No. 07-CV-06398-JSW<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES FOR PERSONAL INJURY UNDER FEDERAL TORT CLAIMS ACT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff JAMES POINT alleges damages for personal injury arising from this incident of at least $250,000. Plaintiff alleges:

### JURISDICTION

1. This is an action arising under the Federal Tort Claims Act, 28 USC §2671 et seq. The Court has jurisdiction over the subject matter of this action under 28 USC §1346(b). This action arises out of acts and omissions of defendant UNITED STATES OF AMERICA ("USA ") within the Northern District of California.

### INTRADISTRICT ASSIGNMENT

2. Under Local Rules 3-2(c) and 3-5(b), the events giving rise to this law suit occurred in San Francisco, California.

YORK & BROCK
A Law Corporation
918 Parker Street
2nd Floor
Berkeley, CA 94710
Tel: (510) 841-1171
Fax: (510) 841-1666

1

First Amended Complaint          07-CV-06398-JSW

Therefore, this action should be assigned to the San Francisco or Oakland Division of this Court.

3. Plaintiff is informed and believes, and thereon alleges that at all times mentioned herein defendant USA and DOES 1 to 5 were the owners of and Kelvin Hill, an employee of defendant USA, and DOES 6 to 10 were the operators of a US Postal Service truck consisting of a 1997 cab and Wabash trailer, VIN 1FUY3WDB5WL917685 (hereinafter "Truck") and said operators were driving the Truck in the course and scope of their employment with the owner.

## CLAIM FOR NEGLIGENCE

4. Plaintiff does not know the true names and capacities, whether individual, corporate, associate, public, private or otherwise, of defendants sued herein as DOES 1 through 10, inclusive, and therefore sues said defendants by such fictitious names. Plaintiff will seek leave to amend this complaint to allege the true names and capacities when ascertained.

5. On or about December 28, 2005, plaintiff Point was riding in a white 2002 Peterbuilt truck pulling a Kenworth trailer (the "Peterbuilt") which was traveling south on 3rd Street at or near the intersection with Evans Avenue in San Francisco, California.

6. On or about December 28, 2005 at said intersection, defendants, and each of them, and their agents and/or employees, negligently owned, maintained, inspected, repaired, entrusted and/or operated the Truck so as to cause it to collide with the Peterbuilt in which plaintiff was riding.

7. As a proximate and legal result of the actions and omissions of defendants, and each of them, as aforesaid, plaintiff

YORK
& BROCK
A Law Corporation
918 Parker Street
2nd Floor
Berkeley, CA 94710
Tel: (510) 841-1171
Fax: (510) 841-1666

was hurt and injured in his health, strength and activity, sustaining shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause him great mental, physical and nervous pain and suffering. Plaintiff is informed and believes and based thereon alleges that said injuries will be permanent in nature, all to his general damage within the jurisdictional limits of this court.

8. As a further proximate and legal result of the negligence of defendants, and each of them, as aforesaid, plaintiff has required hospitalization and medical treatment and will continue to require medical treatment in the future. Medical and incidental expenses have been incurred and will continue to be incurred on plaintiff's behalf. The exact amount of those expenses is unknown at this time but plaintiff prays leave to amend his complaint to allege the exact amount when the same is ascertained.

9. As a further proximate and legal result of the negligence of defendants, and each of them, as aforesaid, plaintiff has lost and will continue to lose in the future earnings and/or the capacity to earn income. The exact amount of this loss is unknown at this time but plaintiff prays leave to amend his complaint to allege the exact amount when the same is ascertained.

10. As a further proximate and legal result of the negligence of defendants, and each of them, as aforesaid, plaintiff has sustained losses of property and will continue to do so in the future, including but not limited to damage to personal effects contained in the Peterbuilt, and will sustain such losses

3
First Amended Complaint                                          07-CV-06398-JSW

YORK & BROCK
A Law Corporation
918 Parker Street
2nd Floor
Berkeley, CA 94710
Tel: (510) 841-1171
Fax: (510) 841-1666

in the future.

11. A proper and valid claim was presented to defendant USA via the US Postal Service on June 13, 2007, and was subsequently denied on July 18, 2007.

12. Plaintiff demands a jury.

### PRAYER

WHEREFORE, plaintiff prays for judgment as follows:

13. Special damages according to proof;

14. General damages according to proof;

15. Property damages according to proof;

16. Costs of suit;

17. Interest;

18. Reasonable attorney's fees where available by law, contract, or statute; and

19. Such other and further relief as the court may deem proper.

Dated: April 9, 2008          YORK & BROCK

_____
Gregory P. Brock,
Attorneys for Plaintiff,
JAMES POINT

**PLAINTIFF JAMES POINT'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS [Local Rule 3-16]**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 9, 2008          YORK & BROCK

_____
Gregory P. Brock,
Attorneys for Plaintiff,
JAMES POINT
YORK & BROCK
A Law Corporation
918 Parker Street
2nd Floor
Berkeley, CA 94710
Tel: (510) 841-1171
Fax: (510) 841-1666

First Amended Complaint                                    07-CV-06398-JSW