# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**             **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 18, 2008                 **Court Reporter**:  Sahar McVickar

**CASE NO. C-07-6398 JSW**

**TITLE:**  James Point v. U. S. Postal Service

**COUNSEL FOR PLAINTIFF:**               **COUNSEL FOR DEFENDANT:**

Gregory Block - telephonic appearance    Jennifer Wang

**PROCEEDINGS:  Initial Case Management Conference**

**RESULTS:**   The Court cautioned Plaintiff's counsel regarding his non-appearance. Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by  April 28, 2008.

**ADR:  Court-connected mediation to be completed by 7-17-08**

**Close of fact discovery: 12-12-08**

**Close of Expert discovery:  12-29-08**

**Hearing on dispositive motions (if any):  2-27-09 at 9:00 a.m.**

**Pretrial Conference:  5-18-09 at 2:00 p.m.**

**Bench Trial:  6-8-09 at 8:30 a.m. (3 day est.)**