# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Point,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>United States Postal Service,<br><br>　　　　　　Defendant(s). | 07-06398 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Walter James Davenport**
US District Court
450 Golden Gate Ave.
San Francisco, CA 94102
415-522-4707

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: April 24, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-06398 JSW MED                - 2 -