JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile:  (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES POINT, ) | No. C 07-6398 JSW |
| ) | |
|    Plaintiff, ) | **PARTIES' CONSENT TO THE** |
| ) | **ASSIGNMENT OF MAGISTRATE** |
|    v. ) | **JUDGE MARIA-ELENA JAMES OR** |
| ) | **MAGISTRATE JUDGE ELIZABETH D.** |
| UNITED STATES OF AMERICA, and ) | **LAPORTE** |
| DOES 1-10, inclusive, ) | |
| ) | |
|    Defendant. ) | |

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

    On April 18, 2008, counsel for the plaintiff James Point and counsel for the defendant United States of America, (collectively, the "parties") appeared before the Court for the scheduled Case Management Conference before the Honorable Jeffrey S. White.  During the Case Management Conference, there was a discussion as to whether this case would be appropriate for resolution before a United States Magistrate Judge.  The Court requested that counsel for plaintiff and counsel for defendant meet with their respective clients to discuss assignment to a United States Magistrate Judge and provide a response by April 28, 2008.

    The parties, by and through their counsel, have agreed to consent to the assignment of this action to United States Magistrate Judge Maria-Elena James or to United States Magistrate Judge Elizabeth D. Laporte.

1   Therefore, in accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned
2   parties hereby voluntarily consent to have either United States Magistrate Judge Maria-Elena
3   James or United States Magistrate Judge Elizabeth D. Laporte conduct any and all further
4   proceedings in this case, including trial, and order the entry of a final judgment.  Appeal from the
5   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
6   IT IS SO STIPULATED.

DATED: April 28, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JENNIFER S WANG
Assistant United States Attorney

DATED: April 24, 2008            _____/s/_____
GREGORY P. BROCK
YORK & BROCK
Attorney for Plaintiff

CONSENT TO THE ASSIGN. OF MAG. JUDGE MARIA-ELENA JAMES OR MAG. JUDGE ELIZABETH D. LAPORTE
C07-6398 JSW