United States District Court

For the Northern District of California

1

2

3

4

5

6    IN THE UNITED STATES DISTRICT COURT

7

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JAMES POINT,

10           Plaintiff,                              No. C 07-06398 JSW

11       v.

12    UNITED STATES OF AMERICA,              **ORDER OF REFERRAL**

13           Defendant.

_____/

14

15         Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this

16    matter is HEREBY REFERRED to either Magistrate Judge Maria-Elena James or Magistrate

17    Judge Elizabeth D. Laporte for all further proceedings.

18         **IT IS SO ORDERED.**

19

20    Dated: May 5, 2008

21                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
22

23    cc:    Wings Hom

24

25

26

27

28