**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**May 6, 2008**

**CASE NUMBER:  CV 07-06398 JSW**  
**CASE TITLE:  JAMES POINT-v-UNITED STATES POSTAL SERVICE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable ELIZABETH D. LAPORTE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EDL** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/6/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies  
Log Book Noted

Special Projects  
Entered in Computer 5/6/08 MAB

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel

Transferor CSA