Gregory P. Brock (State Bar No. 181903)
BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, California 94530
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorneys for Plaintiff/Cross-Defendant
James Point

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES POINT,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, Inclusive,<br><br>          Defendants.<br><br>AND RELATED COUNTERSUIT | Case No. **C 07-6398 EDL**<br><br>**JAMES POINT'S ANSWER TO DEFENDANT UNITED STATES OF AMERICA'S COUNTERCLAIM** |

1. Cross-Defendant JAMES POINT hereby admits or denies the allegations contained in the Counter-claim by Defendant UNITED STATES OF AMERICA as follows:

2. In response to paragraph 1 of the Counterclaim, cross-defendant admits all allegations therein.

3. In response to paragraph 2 of the Counterclaim, cross-defendant denies all allegations therein due to lack of information or knowledge.

4. In response to paragraph 3 of the Counterclaim, cross-defendant admits all allegations therein.

1

James Point's Answer To Defendant United States Of America's Counterclaim --- Case No. **C 07-6398 EDL**

5. In response to paragraph 4 of the Counterclaim, cross-defendant admits all allegations therein.

6. In response to paragraph 5 of the Counterclaim, cross-defendant admits all allegations therein.

7. In response to paragraph 6 of the Counterclaim, cross-defendant admits all allegations therein.

8. In response to paragraph 7 of the Counterclaim, cross-defendant admits all allegations therein.

9. In response to paragraph 8 of the Counterclaim, cross-defendant denies that he was driving any vehicle involved in the subject motor vehicle accident, that he was negligent, that the vehicle in which he was riding ran a red light, and otherwise denies all allegations therein.

10. In response to paragraph 9 of the Counterclaim, cross-defendant admits the Postal Service truck was damaged, but denies all other allegations therein.

Dated: June 30, 2008

BROCK LAW OFFICE

*(signature)*

Gregory P. Brock,
Attorney for Plaintiff/Cross-Defendant
James Point

BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, CA 94530
Tel: (510) 841-1171
Fax: (510) 841-1666

2

James Point's Answer To Defendant United States Of America's Counterclaim --- Case No. C 07-6398 EDL