Gregory P. Brock (State Bar No. 181903)
BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, CA 94530
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorney for Plaintiff
James Point

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES POINT,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,
KELVIN HILL, and DOES 1-10, Inclusive,

    Defendants

Case No. C 07-6398 EDL

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

PLEASE TAKE NOTICE that the firm name and address of counsel for Plaintiffs James Point in the above action has changed. Effective July 1, 2008, the new information is as follows:

Gregory P. Brock (State Bar No. 181903)
BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, CA 94530
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Dated: June 19, 2008

BROCK LAW OFFICE

By: _____
Gregory P. Brock. Esq.
Attorney for Plaintiff
James Point

BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, CA 94530
Tel: (510) 841-1171
Fax: (510) 841-1666

1

Notice of Change of Address