Gregory P. Brock (State Bar No. 181903)
BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, California 94530
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorneys for Plaintiff/Cross-Defendant
James Point

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES POINT,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No. **C 07-6398 EDL**<br><br>**STIPULATION TO EXTEND TIME FOR FILING OF ANSWER TO CROSS-CLAIM** |
| AND RELATED COUNTERSUIT | |

The parties hereby stipulate by and through their attorney's of record to extend the time for Cross-Defendant JAMES POINT to answer the Cross-Claim by Cross-Claimant UNITED STATES OF AMERICA by one week. Under this stipulation, the answer must be filed and served no later than by July 2, 2008. So Stipulated By:

Dated: June 27, 2008         BROCK LAW OFFICE

                             _____
                             Gregory P. Brock,
                             Attorney for Plaintiff/Cross-Defendant James Point

Dated: June 30, 2008         UNITED STATES DEPT. OF JUSTICE

                             _____
                             Jennifer Wang,
                             Attorney for Defendant/Cross-Claimant
                             United States of America

BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, CA 94530
Tel: (510) 841-1171
Fax: (510) 841-1666

1
Stipulation To Extend Time For Filing Of Answer To Cross-Claim --- Case No. **C 07-6398 EDL**