| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JENNIFER S WANG (CSBN 233155)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6967 |
| 6 | Facsimile: (415) 436-6748<br>Email: jennifer.s.wang@usdoj.gov |
| 7 | |
| 8 | Attorneys for the Federal Defendant |
| 9 | GREGORY P. BROCK (CSBN 181903)<br>BROCK LAW OFFICE |
| 10 | 10106 San Pablo Avenue<br>El Cerrito, CA 94530<br>Tel.: (510)841-1171 |
| 11 | Fax: (510)841-1666<br>Email: lawyer@gregorybrock.com |
| 12 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES POINT, | ) | No. C 07-6398 EDL |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, and<br>DOES 1-10, inclusive, | ) | |
| Defendants. | ) | |

A case management conference in the above-captioned case is current set for August 12, 2008 at 10:00 a.m. Counsel for the federal defendant will be out of town (and out of the country) on August 12, 2008. Due to the unavailability of the federal defendant's counsel on August 12, 2008, the parties, by and through their counsel of record, hereby agree and stipulate to continue

1  the case management conference, subject to the Court's approval, to August 26, 2008, at 10:00
2  a.m.
3  IT IS SO STIPULATED.
4  DATED: July 31, 2008                             Respectfully submitted,

5                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney
6
7                                                   /s/ Jennifer S Wang
                                                    JENNIFER S WANG
8                                                   Assistant United States Attorney
9
10 DATED: July 30, 2008                             BROCK LAW OFFICE
11
12                                                  /s/ Gregory P. Brock
                                                    GREGORY BROCK
13                                                  Attorney for Plaintiff
14
15                                  [PROPOSED] ORDER
16
17      Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the
18 case management conference in the above-captioned case is continued to August 26, 2008.
19 IT IS SO ORDERED.
20
   Dated: _____
21                                                  ELIZABETH D. LAPORTE
                                                    UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER CONTINUING CMC
C07-6398 EDL