```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  JENNIFER S WANG (CSBN 233155)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-6967
 6      Facsimile:  (415) 436-6748
        Email: jennifer.s.wang@usdoj.gov
 7
    Attorneys for the Federal Defendant
 8
    GREGORY P. BROCK (CSBN 181903)
 9  BROCK LAW OFFICE
    10106 San Pablo Avenue
10  El Cerrito, CA 94530
    Tel.: (510)841-1171
11  Fax: (510)841-1666
    Email: lawyer@gregorybrock.com
12
    Attorney for Plaintiff
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAMES POINT, | ) No. C 07-6398 EDL |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | ) |
| UNITED STATES OF AMERICA, and DOES 1-10, inclusive, | ) |
| Defendants. | ) |

A case management conference in the above-captioned case is current set for August 12, 2008 at 10:00 a.m. Counsel for the federal defendant will be out of town (and out of the country) on August 12, 2008. Due to the unavailability of the federal defendant's counsel on August 12, 2008, the parties, by and through their counsel of record, hereby agree and stipulate to continue

1 | the case management conference, subject to the Court's approval, to August 26, 2008, at 10:00
2 | a.m.
3 | IT IS SO STIPULATED.
4 | DATED: July 31, 2008                           Respectfully submitted,
5 |                                                JOSEPH P. RUSSONIELLO
  |                                                United States Attorney
6 |
7 |
  |                                                JENNIFER S WANG
8 |                                                Assistant United States Attorney
9 |
10 | DATED: July 30, 2008                          BROCK LAW OFFICE
11 |
12 |
  |                                                GREGORY BROCK
13 |                                                Attorney for Plaintiff
14 |
15 |
  |                        [PROPOSED] ORDER
16 |
17 | Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the
18 | case management conference in the above-captioned case is continued to August 26, 2008.
19 | IT IS SO ORDERED.
20 | Dated: August 4, 2008
21 |                                                ELIZABETH D. LAPORTE
  |                                                UNITED STATES MAGISTRATE JUDGE
22 |
...
28 |

STIPULATION & [PROPOSED] ORDER CONTINUING CMC
C07-6398 EDL