In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: August 26, 2008

Case No: **C- 07-06398 EDL**

Case Name: **JAMES POINT v. UNITED STATES POSTAL SERVICE**

    Attorneys:    Pltf: Gregory Brock    Deft: Jennifer Wang

    Deputy Clerk: Lili M. Harrell    FTR digital recording: 10:47am-10:53am

**PROCEEDINGS:**    **RULING:**

1. Initial Case Management Conference    Held

2.

**ORDERED AFTER HEARING:**

**Order to be prepared by:** [] Plntf  [] Deft  [X]  Court

**Case continued to:**

**PRETRIAL SCHEDULE:**

Discovery cutoff: 12/12/08
Initial expert disclosure deadline: 1/2/09
Rebuttal expert disclosure deadline: 1/16/09
Expert discovery cutoff: 1/29/09
Dispositive Motion filing deadline: 1/27/09
Dispositive Motions hearing date: 3/3/09
Pretrial Conference: 6/16/09
Trial: 6/29/09 at 8:30 a.m., set for 3 days.
    [ ] Jury [X]  Court

Notes: Parties inform Court conference call re mediation is scheduled for 8/28/08.

cc: