JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendants

GREGORY P. BROCK (CSBN 181903)
BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, CA 94530
Tel.: (510)841-1171
Fax: (510)841-1666
Email: lawyer@gregorybrock.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES POINT,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, inclusive,<br><br>  Defendants. | No. C 07-6398 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION** |

**STIPULATION**

The parties by and through their counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the April 21, 2008 Order Scheduling Trial and Pretrial Matters, the parties were to compete mediation in the above-captioned case by July 17, 2008, if possible.

1  2. The parties received a notice from the court-administered ADR Program that a mediator
2  had been assigned on April 24, 2008.  The parties were contacted by the mediator around August
3  25, 2008.
4  3.  At the August 26, 2008 case management conference, the parties informed the court that a
5  joint conference call was scheduled for August 28, 2008 to discuss the scheduling of a mediation
6  in the above-captioned case.  Since the August 28, 2008, the parties have been in contact with the
7  mediator to find a mutually convenient date for the mediation.  Plaintiff resides out-of-state and
8  is required to travel frequently for his work.  Defendant's representative is also located outside of
9  California.
10  4. Although the parties previously scheduled mediation dates in October and November,
11  conflicts arose necessitating re-scheduling of the mediation.  The parties have agreed to a
12  December 2, 2008 mediation.
13  5. For the above-listed reasons, subject to the court's approval, the parties hereby agree and
14  stipulate to extend the deadline for completion of mediation to December 2, 2008.

16  DATED: November 13, 2008                    Respectfully submitted,

17                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
18

19                                               /s/_____
                                                JENNIFER S WANG
20                                              Assistant United States Attorney

22  DATED: November 12, 2008                    BROCK LAW OFFICE

24                                               /s/_____
                                                GREGORY BROCK
25                                              Attorney for Plaintiff

STIPULATION & [PROPOSED] ORDER
C07-6398 EDL

1
2                              **[PROPOSED] ORDER**
3
4    Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the
5    deadline for completing mediation is extended to December 2, 2008.
     IT IS SO ORDERED.
6
7    Dated:  11/17/08
                                            _____
8                                           ELIZABETH D. LAPORTE
                                            UNITED STATES MAGISTRATE JUDGE
9
10
11 
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER
C07-6398 EDL