Gregory P. Brock [Bar #181903]
BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, CA 94530
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorney for Plaintiff
James Point

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAMES POINT, | Case No. C 07-6398 EDL |
|---|---|
| Plaintiff, | ORDER APPROVING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION |
| vs. | |
| UNITED STATES OF AMERICA, and DOES 1-10, Inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

GOOD CAUSE APPEARING, the request of Plaintiff James Point pursuant to Local ADR Rule 6.9 to appear telephonically at the mediation to be held before mediator James Davenport in the above-captioned matter on December 2, 2008 at 450 Golden Gate Avenue, San Francisco, CA 94102, is hereby GRANTED.

SO ORDERED.

Dated: 11/18/08

Magistrate Judge Brazil

BROCK LAW OFFICE
10106 San Pablo Avenue
El Cerrito, CA 94530
Tel: (510) 841-1171
Fax: (510) 841-1666

1
ORDER APPROVING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION