UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JAMES POINT**

    Plaintiff(s),                      No. C-**07-06398** EDL

    v.                              **ORDER OF CONDITIONAL DISMISSAL**

**UNITED STATES POSTAL SERVICE**

    Defendants.

_____/

    Having been informed that this matter has fully settled, IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: December 3, 2008

                                               _____
                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge