```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  JENNIFER S WANG (CSBN 233155)
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102-3495
       Telephone: (415) 436-6967
 6     Facsimile:  (415) 436-6748
       Email: jennifer.s.wang@usdoj.gov
 7
    Attorneys for the Federal Defendant
 8
    Gregory P. Brock (Bar #181903)
 9  BROCK LAW OFFICE
    10106 San Pablo Avenue
10  El Cerrito, CA 94530
    (510) 841-1171
11  (510) 841-1666 (fax)

12  Attorney for Plaintiff

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16
17  JAMES POINT,                    )  No. C 07-6398 EDL
                                    )
18       Plaintiff,                 )  STIPULATION AND [PROPOSED]
                                    )  ORDER OF DISMISSAL WITH
19       v.                         )  PREJUDICE
                                    )
20  UNITED STATES OF AMERCIA, and   )
    DOES 1-10, Inclusive,           )
21                                  )
         Defendant.                 )
22  _____  )
                                    )
23  UNITED STATES OF AMERICA,       )
         Counterclaimant,           )
24                                  )
         v.                         )
25                                  )
    JAMES POINT,                    )
26       Counterdefendant.          )
    _____  )
```

27      Pursuant to the Settlement Agreement filed on January 8, 2009 between the parties in the

28  above-captioned action, it is hereby stipulated and agreed by and between the parties through

    their attorneys that a Dismissal with Prejudice be entered in the above-captioned action.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: 2/23/09 | BROCK LAW OFFICE |
| | *(signature)* |
| | GREGORY BROCK |
| | Attorney for Plaintiff |
| Dated: 3/2/09 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| | *(signature)* |
| | JENNIFER S WANG |
| | Assistant United States Attorney |
| | Attorneys for Defendant |

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed.

IT IS SO ORDERED.

Dated: 3/3/09

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*(seal: United States District Court, Northern District of California)*